**The Honorable Jamal N. Whitehead**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| SUSIE PAK, an individual; MJS 1 INC., d/b/a SMOKE N STUFF #2, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, a New Jersey corporation and a wholly owned subsidiary of SELECTIVE INSURANCE COMPANY OF AMERICA, a New Jersey corporation,<br><br>Defendants. | Case No. 3:25-CV-05186-JNW<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULING ORDER OR ALTERNATIVELY TO EXTEND DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS |

THIS MATTER, having come before this Court on the parties' Stipulated Motion to Continue Trial Date and Amend Case Scheduling Order Or Alternatively To Extend Deadlines for Discovery and Dispositive Motions, the Court having reviewed the pleadings and files in this matter, specifically including the following:

1. Stipulated Motion to Continue Trial Date and Amend Case Scheduling Order Or Alternatively To Extend Deadlines for Discovery and Dispositive Motions;

2. _____; and

3. _____.

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER OR ALTERNATIVELY EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES
CASE NO.3:25-CV-05186-JNW - 1

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
T: 206.447.6461

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the parties' Stipulated Motion to Continue Trial Date and Amend Case Scheduling Order Or Alternatively To Extend Deadlines for Discovery and Dispositive Motions is **GRANTED**. The amended schedule is set forth as follows:

| Event | Deadline |
|---|---|
| JURY TRIAL begins | July 6, 2026 |
| Deadline for joining additional parties | PASSED |
| Deadline for filing amended pleadings | PASSED |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | PASSED |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | PASSED |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | PASSED |
| Discovery completed by | February 2, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | March 2, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | May 1, 2026 |
| All motions in limine must be filed by (*see* LCR 7(d)) | May 22, 2026 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | June 11, 2026 |
| Agreed pretrial order due | June 11, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | June 18, 2026 |
| Pretrial conference | June 26, 2026 |

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND AMEND SCHEDULING
ORDER OR ALTERNATIVELY EXTEND DISCOVERY AND
DISPOSITIVE MOTIONS DEADLINES
CASE NO.3:25-CV-05186-JNW - 2

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
T: 206.447.6461

DONE IN OPEN COURT/CHAMBERS this 8th day of January, 2026.

_____
THE HONORABLE JAMAL N. WHITEHEAD
United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND AMEND SCHEDULING
ORDER OR ALTERNATIVELY EXTEND DISCOVERY AND
DISPOSITIVE MOTIONS DEADLINES
CASE NO.3:25-CV-05186-JNW - 3

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
T: 206.447.6461

4898-2469-4917